■ Louis M. Atlas, Respondent, v Frances Smily, Appellant. [44 NYS3d 754]—

Order, Supreme Court, New York County (Matthew F. Cooper, J.), entered March 4, 2016, which denied defendant wife's motion to vacate the parties' stipulation of settlement, unanimously affirmed, without costs.

The motion court properly denied defendant's motion to set aside the open-court stipulation of settlement, as there was no showing of fraud, overreaching, mistake, or duress (see *Hallock v State of New York*, 64 NY2d 224, 230 [1984]; *Matter of Strang v Rathbone*, 108 AD3d 565, 565-566 [2d Dept 2013]). The parties were represented by able and experienced counsel, and had negotiated the agreement for a period of time. Further, the motion court conducted a proper allocution of defendant and properly determined that she voluntarily and knowingly accepted the terms of the stipulation (see *Matter of Strang*, 108 AD3d at 566).

We have considered defendant's remaining contentions and find them unavailing. Concur—Friedman, J.P., Renwick, Richter, Moskowitz and Kapnick, JJ.